# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-11160
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 21, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOANNA ESPINOZA REYNA, also known as Joanna Reyna Espinoza,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:11-CR-56-1

Before JONES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Joanna Espinoza Reyna raises an argument that is foreclosed by *United States v. Shabazz*, 633 F.3d 342, 345-46 (5th Cir. 2011), which held that the phrase "on any such revocation" in 18 U.S.C. § 3583(e)(3) does not impose an aggregate limit on imprisonment for revocation of supervised release but limits only the amount of imprisonment that may be imposed each time a court revokes a defendant's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-11160

supervised release.    Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.